United States District Court

For The Central District of California

|  |  |
|---|---|
| United States of America, | ) Case No 18 CR 172-GW |
| Plaintiff, | ) |
| | ) **ORDER RE: EX PARTE** |
| | ) **APPLICATOIN [RELEASING[ OR** |
| v. | ) **[TRANSPORTING] DEFENDANT** |
| | ) **FOR ONE DAY TO ATTEND THE** |
| Michael Lerma, | ) **FUNERAL OF HIS MOTHER;** |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

**GOOD CAUSE HAVING BEEN SHOWN,** the Court hereby Orders that Defendant Michael Lerma be temporarily released on furlough for one day, July 27, 2025, so he may attend his mother's funeral, under the following conditions:

DATED: _____

_____
HONORABLE GEORGE WU
UNITED STATES DISTRICT JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[IN CASE OF DENIAL]

**GOOD CAUSE NOT HAVING BEEN SHOWN,** the Court hereby denies the Ex Parte Application for release.

Dated:_____                    _____

HONORABLE GEORGE WU
UNITED STATES DISTRICT JUDGE