1  BILAL A. ESSAYLI
   Acting United States Attorney
2  JOSEPH T. MCNALLY
   Assistant United States Attorney
3  Acting Chief, Criminal Division
   KELLYE NG (Cal. Bar No. 313051)
4  Assistant United States Attorney
   Major Crimes Section
5       1300 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-8408
7       Facsimile: (213) 894-0141
        Email:     Kellye.Ng@usdoj.gov
8

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
10

11               UNITED STATES DISTRICT COURT

12          FOR THE CENTRAL DISTRICT OF CALIFORNIA

13  UNITED STATES OF AMERICA,          No. CR 18-172(A)-GW

14         Plaintiff,                  NOTICE OF RE-ASSIGNMENT OF
                                       CRIMINAL CASE
15              v.

16  MICHAEL LERMA, et al.,

17         Defendants.

18

19      Plaintiff, United States of America, hereby advises the Court and

20  all parties of the following re-assignments for the following Assistant

21  United States Attorneys ("AUSAs"):

22

|                                                    | Name            | Email Address              |
| -------------------------------------------------- | --------------- | -------------------------- |
| Previously Assigned AUSA to be Removed from Docket | SHAWN J. NELSON | shawn.nelson@usdoj.gov     |
| Previously Assigned AUSA to be Removed from Docket | KEITH D. ELLISON | keith.ellison2@usdoj.gov  |

| Currently Assigned AUSA | KELLYE NG | Kellye.Ng@usdoj.gov |
|---|---|---|
| Currently Assigned AUSA | KYLE W. KAHAN | kyle.kahan@usdoj.gov |
| Currently Assigned AUSA | JASON A. GORN | jason.gorn@usdoj.gov |
| Currently Assigned AUSA | J. MARK CHILDS | mark.childs@usdoj.gov |
| Currently Assigned AUSA | JASON C. PANG | jason.pang@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the currently assigned AUSAs continue receiving all emails relating to filings in this case.


Dated: September 23, 2025        Respectfully submitted,

                                 BILAL A. ESSAYLI
                                 Acting United States Attorney

                                 JOSEPH T. MCNALLY
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                 _____/s/_____
                                 KELLYE NG
                                 Assistant United States Attorney


                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA